# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:15CR268 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | FINDINGS AND RECOMMENDATION |
| LEROY SHUMAKER, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant Leroy Shumaker's Motion to Dismiss (#38). The defendant, Leroy Shumaker, moves the court for an order dismissing the case for noncompliance with the Speedy Trial Act, 18 U.S.C. § 3161. The government filed a Brief in Response to Defendant's Motion to Dismiss (#41). The government's brief concedes that more than seventy countable days under the Speedy Trial Act have passed and that the defendant is entitled to a dismissal. The government requests the indictment be dismissed without prejudice.

After review of the docket in this case, I find that the Speedy Trial Clock ran on December 10, 2015, and as of the date of this ruling, an additional fifty-one (51) non-excludable days have passed. Although dismissal under the act is mandatory, I find the indictment in this case should be dismissed without prejudice because, as the government's brief points out: The indictment in this case charges the defendant with a serious offense, possession with intent to distribute five grams or more of methamphetamine (actual); the facts and circumstances in this case evidence a neglect, as opposed to any intentional, violation of the Speedy Trial Act; the government has not attempted to gain a tactical advantage nor does the government frequently violate the

provisions of the Speedy Trial Act; the defendant has not demonstrated in his motion that he has been prejudiced by the violation of the Speedy Trial Act; and a re-prosecution on the facts of this case would not negatively affect the administration of the Speedy Trial Act or of justice in general.

**IT IS THE FINDING AND RECOMMENDATION** to the Honorable Senior District Judge Lyle E. Strom:

Upon consideration of the defendant Leroy Shumaker's Motion to Dismiss (#38), defendant's Memorandum in Support of Dismissal Under Speedy Trial Act (#39), and the government's Brief in Response to Defendant's Motion to Dismiss (#41), it is recommended that the defendant's Motion to Dismiss (#38) be granted, and the indictment for possession with intent to distribute five grams or more of methamphetamine (actual) be dismissed without prejudice.

Dated this 24th day of February 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge