IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR268 |
| v. | ) | |
| LEROY SHUMAKER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the findings and recommendation of the magistrate judge (Filing No. 42) that defendant's motion to dismiss (Filing No. 38) be granted. The Court notes plaintiff concurs that the speedy trial time has passed (Filing No. 41). Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted;

2) Defendant's motion to dismiss is granted; the indictment is dismissed without prejudice as to Leroy Shumaker.

DATED this 25th day of February, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court