IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR268 |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY SHUMAKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for a copy of his docket sheet (Filing No. 47), and to waive the costs associated with such request.  The Court notes that the indictment in this action was dismissed on February 25, 2016 (Filing No. 43), and there is nothing pending in this action.  Accordingly,

IT IS ORDERED that defendant's motion for copies and to waive the costs is denied.

DATED this 3rd day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court